IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL B. HUNT,

    Plaintiff,

v.                                     CASE NO. 1:07-cv-00183-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that the Commissioner's Motion for Remand, Doc. 13, be granted. The Magistrate Judge filed the Report and Recommendation on Tuesday, June 17, 2008. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. No objections to the Report and Recommendation have been filed. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 14, is adopted and incorporated by reference in this order.

2.  Defendant's motion for remand, Doc. 13, is GRANTED.

3.  The Commissioner's decision denying benefits is reversed, and this case is remanded to the Commissioner of Social Security for rehearing pursuant to sentence four of 42 U.S.C. § 405(g).

4.  If on remand Plaintiff is awarded past-due benefits, Plaintiff's attorney must file any request for attorney's fees under 42 U.S.C. § 406(b) no later than 14 days from the date the Commissioner, pursuant to 42 U.S.C. § 406(a)(2)(D)(i), provides the claimant with written notice of the dollar amount of the past-due benefits.

5.  The Clerk is directed to enter a final judgment under Rule 58, Federal Rules of Civil Procedure, and to close this case.

**DONE AND ORDERED** this   *18th* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge