IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

D B HUNT,

    Plaintiff,

v.    CASE NO. 1:07-cv-00183-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 17, motion for attorneys' fees pursuant to the Equal Access to Justice Act, filed by Plaintiff D. B. Hunt. Defendant responded at Doc. 19 and stated that he is unopposed. Upon consideration, the motion is GRANTED. The Court hereby awards $3,295.86 to Plaintiff for attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    **DONE AND ORDERED** this __3rd__ day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge