IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

D. B. HUNT,

    Plaintiff,

v.                                  CASE NO. 1:07-cv-00183-MP-WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 24, Request for Oral Argument, filed by Plaintiff. Upon consideration, the motion is GRANTED. The parties shall appear at 1:00 p.m. on Thursday, February 12, 2009, to argue whether, in light of the United States Supreme Court case of Gisbrecht v. Barnhart, 535 U.S. 789, 122 S. Ct. 1817 (2002), it is appropriate to reduce Plaintiff's requested § 406(b)(1) fee award. The parties should be prepared to discuss those cases in which the courts have found a requested fee to be a windfall and to argue the appropriateness of challenging a requested fee based solely on a lodestar cross-check.

    **DONE AND ORDERED** this _22nd_ day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge